

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-21-00057-CV
_____

JESSICA E. SEARSY, APPELLANT

V.

CODY FULLER, APPELLEE

On Appeal from the County Court at Law Number 1
Lubbock County, Texas
Trial Court No. 2015-515,136; Honorable Mark J. Hocker, Presiding

September 9, 2021

## MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Appellant, Jessica E. Searsy, appeals from the trial court's *Final Orders in Suit to Modify Parent-Child Relationship*. Searsy's brief was originally due August 12, 2021, but was not filed. By letter of August 19, 2021, we notified Searsy that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by August 30. To date, Searsy has not filed a brief or had any further communication with this court.

Accordingly, we dismiss her appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam